The State v. Purdin.

THE STATE v. PURDIN, *Appellant.*

There being no bill of exceptions in this case, no defect in the indictment and no error in the record proper, the judgment is affirmed.

*Appeal from Johnson Criminal Court.*—HON. S. P. SPARKS, Judge, *pro tem.*

Appellant not represented by counsel.

*J. L. Smith,* Attorney-General, for the State.

HOUGH, J.—At the December term, 1878, of the Johnson county criminal court, the defendant was indicted, tried and convicted of the crime of grand larceny, and sentenced to two years imprisonment in the penitentiary. There is no bill of exceptions in the case, and as the indictment is sufficient, and no error appears in the record proper, the judgment will be affirmed. All concur except NAPTON, J., absent.

                                        AFFIRMED.